**KAREN L. LYNCH #161088**
Karen L. Lynch, Inc.
1204 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone (559) 478-4370
Facsimile (559) 478-5073

Attorney for Defendant,
Bautisto Franco,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-cr-00175-DLB |
| ) | |
| Plaintiff ) | STIPULATION TO CONTINUE |
| v. ) | STATUS CONFERENCE TO; |
| ) | ORDER THEREON |
| BAUTISTO FRANCO, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto that the Status Conference hearing currently set for August 25, 2011 at 10:00 a.m. in the above captioned matter and Courtroom, be continued to September 22, 2011 at 10:00 a.m.

Defendant is a member of the Tule River tribe, and defense counsel has been communicating with tribe representatives regarding volunteer community service and a mentor program and only recently has made contact with a person who can assist in that regard, but there is paperwork that needs to be completed including a HIPPA form that defense counsel has not obtained. The week prior to the requested continuance date defense counsel is scheduled to be at a State Bar Convention event, so is unavailable on September 15, 2011.  The extra time is needed by defense counsel, because there is a bureaucracy that she is dealing with in order to place her client in an appropriate community service program that will also be suitable to the government.

This continuance will conserve time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

Dated: August 22 2011                By:   /s/ Karen L. Lynch
                                           KAREN L. LYNCH,
                                           Attorney for BAUTISTO FRANCO


Dated: August 22, 2011                     BENJAMIN B. WAGNER
                                           United States Attorney

                                     By:   /s/ Yashar Nilchian
                                           Assistant U.S. Attorney

## ORDER

The Court, having reviewed the above request for a Continuance of Status Conference until September 22, 2011 at 9:15 am and Order Thereon, and having found good cause for the continuance on the basis the continuance will conserve time and resources of the parties and the Court thus serving the ends of justice which outweighs the best interests of the public and the defendant's right to a speedy trial,

HEREBY ORDERS AS FOLLOWS:

The Status Conference Hearing currently scheduled for August 25, 2011, shall be continued to September 22, 2011 at 9:15 am. Time shall be excluded between August 25, 2011 and September 22, 2011.

IT IS SO ORDERED.

   Dated:   **August 24, 2011**              /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE